IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:11CR239 |
| v. | ) ) | |
| RICHARD C. MCDORMAN, | ) ) | ORDER |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | 8:11CR240 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SARAH L. FINCH, | ) ) | REASSIGNMENT ORDER |
| Defendant. | ) ) ) | |

Before the court is the government's Notice of Related Case (Filing No. 11) filed in 8:11CR239. After a review of the matter, the court finds that these cases are related. Accordingly, case 8:11CR240 is reassigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters and remains assigned to District Judge Laurie Smith Camp for all dispositive matters.

SO ORDERED.

DATED this 24th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge